UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20174-KMW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALEXANDER MAMONOV,

Defendant.

_____________________________/

**DEFENDANT'S MOTION TO CONTINUE SENTENCING AND EXTEND DEADLINE TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

COMES NOW, the Defendant, ALEXANDER MAMONOV, by and through undersigned counsel, and respectfully moves this Honorable Court to continue sentencing and extend the deadline for objections to the Presentence Investigation Report ("PSR"), and states:

1. By paperless re-notice entered November 4, 2026 (ECF No. 91), the Court sua sponte reset Defendant's sentencing hearing from November 20, 2026, to December 9, 2026, at 3:00 p.m.

2. Undersigned counsel is reviewing the PSR, evaluating potential objections, and preparing sentencing mitigation.

3. Attorney Anna Brown, an attorney based in New Jersey, has recently begun assisting undersigned counsel with sentencing preparation. Additional time is needed to coordinate counsel's review of the PSR and related materials.

4. Counsel is also continuing to gather medical records and other documentation concerning Defendant's health, treatment, and medical needs. Those materials may be relevant to an individualized sentencing determination under 18 U.S.C. § 3553(a).

5. Obtaining records from medical providers and reviewing them for accuracy and relevance requires additional time. Counsel seeks to provide the Court with a complete, reliable sentencing submission.

6. Additional time is likewise needed to assess the PSR's factual assertions and Guidelines calculations and to prepare any appropriate written objections.

7. Federal Rule of Criminal Procedure 32(b)(2) permits the Court, for good cause, to change the time limits prescribed by Rule 32. The recent involvement of assisting counsel and ongoing collection of medical records constitute good cause for the requested extension.

8. This request is made in good faith and not for purposes of delay. A continuance will permit meaningful preparation and may narrow disputed issues before sentencing.

9. In light of the Court's intervening rescheduling, Defendant requests that sentencing be continued approximately sixty (60) days from the newly scheduled December 9, 2026 hearing date, rather than from the original November 20 setting, and that the deadline for PSR objections be extended twenty-one (21) days from December 9, 2026, with corresponding adjustment of related sentencing deadlines.

WHEREFORE, Defendant respectfully requests that the Court continue sentencing approximately sixty (60) days from December 9, 2026, to a date on or after February 7, 2027, convenient to the Court; extend the deadline for objections to the PSR twenty-one (21) days from December 9, 2026, through December 30, 2026; adjust related deadlines; and grant such other relief as is just and proper.

WHEREFORE, Defendant respectfully requests that the Court continue sentencing for approximately sixty (60) days, extend the deadline for PSR objections as requested above, adjust related deadlines, and grant such other relief as is just and proper.

Respectfully submitted,

The Law Offices of Richard L. Cooper, P.A.
25 SE 2nd Avenue
Suite 808
Miami, FL 33131
(305) 799-0111
Email: RCooper@RichardLCooper.com

By:__________/s/_______________
Richard L. Cooper, Esquire
Florida Bar No. 92723

**CERTIFICATE OF CONFERRAL**

Undersigned counsel certifies that he conferred with AUSA Sean P. Cronin, who confirmed by email on November 5, 2026, that the Government does not object to the requested continuance and extension. The Government is unavailable January 13 and 14, 2027.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing will be furnished to all counsel of record via the CM/ECF filing system upon filing.

___________/s/____________
Richard L. Cooper, Esquire